CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED *For Roanoke*

MAY 0 6 2005

JOHN F. CORCORAN, CLERK
BY: *~~~~~~*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

DANIEL GARDNER           )
                                    )
      Plaintiff,            )
                                    )      *6:05CV70072*
      vs.                   )      Civil Action No. 7:~~05CV00072~~
                                    )
WALID EL RAWAS,          )
                                    )
    and                   )
                                    )
FEDERAL EXPRESS GROUND    )
PACKAGE SYSTEM,          )
                                    )
      Defendants.          )

Praecipe

The Clerk will please enter the appearance of Wayne Hartke as counsel for plaintiff,

DANIEL GARDNER.

Respectfully submitted,

DANIEL GARDNER, PLAINTIFF
BY COUNSEL

*Wayne Hartke*
Mr. Wayne Hartke, VSB #19941
Hartke & Hartke
7637 Leesburg Pike
Falls Church, VA 22043
Telephone: 703-734-2810
Fax: 703-790-5435

Certificate of Service

I hereby certify that a copy of the foregoing Praecipe was mailed by first class mail, postage prepaid, to Mr. Robert B. Delano, Sands Anderson Marks & Miller, 801 East Main Street, Suite 1800 (23219), P.O. Box 1998, Richmond, VA 23218-1998 on this _3 rd_ day of May, 2005.

*Wayne Hartke*
Wayne Hartke